UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN GARY GARREN and
ROBIN GARREN, his wife

    Plaintiffs,

v.                                                 Case No. 3:19-cv-844-J-32JRK

USAA CASUALTY INSURANCE
COMPANY, a foreign profit
corporation,

    Defendant.

## **O R D E R**

Upon review of Joint Stipulation of Dismissal with Prejudice (Doc. 18), filed on February 3, 2020, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of February, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

jjb
Copies:

Counsel of record